CHEW, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division,

Third Department. November 13, 1912.) Action by Ida A. Chew against Herbert C. Sheldon and others. No opinion. Judgment affirmed, with one bill of costs to defendants against the plaintiff. See, also, 142 App. Div. 924, 126 N. Y. Supp. 1124.